# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FOX NEWS NETWORK LLC,<br><br>　　　　　　Defendant. | C.A. No. 12-1641-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Clouding IP, LLC and Fox News Network LLC pursuant to FED. R. CIV. P. 41(a)(1)(ii), hereby stipulate and agree, to dismiss WITH PREJUDICE Clouding IP, LLC's claims in the above-captioned action and to dismiss WITHOUT PREJUDICE Fox News Network LLC's counterclaims in the above-captioned action, with each party to bear its own costs, expenses, and attorneys' fees.

October 16, 2013

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@ bayardlaw.com

*Attorneys for Plaintiff Clouding IP, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (No. 1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorney for Fox News Network LLC*